■ MARY J. CROOM, Appellant, v JAMES H. TOMADELLI, Respondent. [658 NYS2d 988] —In a negligence action to recover damages for personal injuries, the plaintiff appeals, as limited by her brief, from so much of an order of the Supreme Court, Dutchess County (Hillery, J.), dated October 28, 1996, as denied her motion for partial summary judgment on the issue of liability.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Hillery in the Supreme Court. Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.